

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00791-CV

Michael Thomas **PAUL**,
Appellant

v.

Greg **ABBOTT**, Attorney General of the State of Texas,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2001-CI-16843
Honorable Michael E. Mery, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED. *See* TEX. R. APP. P. 37.3(b); *see also* TEX. R. APP. P. 42.3(c). Appellant's motion requesting an extension of time to file his brief and a waiver of all costs of appeal, which was filed on January 9, 2015, is DENIED.

SIGNED January 28, 2015.

_____
Karen Angelini, Justice